**Abdul RAHMAN, Plaintiff-Appellant,**

v.

**Kenneth CHENAULT, Trustee CEO and Chairman, American Express, Defendant-Appellee.**

No. 17-1662

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2017

Decided: July 31, 2017

Abdul Rahman, Appellant Pro Se.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdul Rahman appeals the district court's order dismissing Rahman's "Bill in Equity." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rahman v. Chenault*, No. 1:17-mc-00013-LMB-IDD (E.D. Va. May 16, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-fore this court and argument would not aid the decisional process.

*AFFIRMED*